RECEIVED

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA    2001 APR -6  A 9 10

163240

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Jimmie Bozeman
Full name and prison number of
plaintiff(s)

)
)
)
)
)

v.                                              )        CIVIL ACTION NO. 2:07-CV-291-WHA
                                                )        (To be supplied by the Clerk of the
STuaRd AL                                       )            U.S. District Court)
STuaRd mRS, AndeRson                            )
Cheif makane                                    )
OFFicA B Johnson                                )
Name of person(s) who violated                  )
your constitutional rights.                      )
(List the names of all the persons)             )

I.    PREVIOUS LAWSUITS

A.    Have you begun other lawsuits in state or federal court dealing with the same or
similar facts involved in this action?    Yes ( )  No (✓)

B.    Have you begun other lawsuits in state or federal court relating to your
imprisonment?        Yes ( )  No (✓)

C.    If your answer to A or B is yes, describe each lawsuit in the space below. (If there
is more than one lawsuit, describe the additional lawsuits on another piece of
paper, using the same outline).

1.    Parties to this previous lawsuit
Plaintiff(s) Jimmie Bozeman

Defendant(s) mRS andeRson
Cheif makane

2.    Court (if federal court, name the district; if state court, name the county)
montgomeRy

3.    Docket No. 200364 94

4.    Name of Judge to whom case was assigned William COle

Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?

5.   Approximate date of filing lawsuit  3-25-07

7.   Approximate date of disposition  3-16-07

II.   PLACE OF PRESENT CONFINEMENT  Bullock County CORRECTIONAL Facility

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED  Choctaw

III.   NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

NAME                ADDRESS

1.  MRs. Anderson   5107 Union SPRings
2.  Stuard Al
3.  Cheit mac Kane
4.  Stuard
5.  SGT Anthony Jackson
6.  OFFicer Thompson

IV.   THE DATE UPON WHICH SAID VIOLATION OCCURRED  2-23-07

V.   STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE:  Food is to cold at Times

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place, manner, and person involved).

I am Dibble Parshon I don't get enough Food and I don't get snack at night

-2-

GROUND TWO: I am a Dubble Porshin
I supposed to get a Dubbie meal everyday

SUPPORTING FACTS: I need to get a Dubble
Porshon meal everyday.
Somtimes the food is cold

GROUND THREE: They Refuse to feed me
my Dubbie Porshon meal everyday

SUPPORTING FACTS: I still be hungry at
night I also need a snack at night
every morning the food is cold
and they Rush me I don't have
time to eat my food

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE
NO LEGAL ARGUMENT.  CITE NO CASES OR STATUTES.
I would like the court to call the
warden make sure I get my meal
everyday. 334-738-5625
John Commins; make sure I eat.

Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on 3-26-07
(date)

Signature of plaintiff(s)

-3-

IN THE UNITED STATES DISTRICT COURT

FOR THE _middle_ DISTRICT OF ALABAMA RECEIVED

_Jimmie Bozeman._
PETITIONER,

2007 APR -6  A 9: 11

DEBRA P. HACKETT. CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

VS                          CASE NO._____

_Mrs. Anderson_.
RESPONDENT,

SWORN AFFIDAVIT

I, _Jimmie Bozeman JR,_____, the affiant

do swear under oath that the following statement made regarding the

aforementioned case is true and correct to the best of my knowledge

and would so aver that:

Page one of two.

Page two of sworn affidavit.

wiso call the nurse and the DR.
have them to call Down TO the
Chow Hall and Talk To mRs. ▓▓▓▓▓
Anderson Telling her To Feed me
OR There will Be a PRoblem
I will go on a Hunger STRicke
for 3 days.

_Jimmie Bozeman_
Signature of Affiant

Sworn to and subscribed to before me
this____day of_____, 19___.


_____                    SEAL

    Notary Public


My commission expires_____

APR 05 2007

02 1M  $0.410
0004218410
MAILED FROM ZIP CODE 36089

Jimmie Lee Tarver [#] 22 40 Union
P.O. Box 5107
Union Springs Ala 36089

HonoRAble Judge
Wallace Capel, JR
P.O. Box 711
Montgomery Ala 36101

Legal mail